UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20044-CR-~~COOKE~~ UNGARO

UNITED STATES OF AMERICA

v.

OMAR ALEJANDRO VANEGAS LORA,

Defendant.
_____/

### JOINT ~~UNITED STATES~~ FACTUAL PROFFER FOR DEFENDANT'S CHANGE OF PLEA

Had this case proceeded to trial, the United States would have been able to prove the following facts beyond a reasonable doubt:

For a number of years, including 2009 to January 2013, the defendant, a Colombian citizen using the alias "Paco", worked with co-defendant Edinson Antonio Ahumada Arboleda and with other co-conspirators to import kilograms of cocaine into South Florida that arrived at Port Everglades in the Southern District of Florida, concealed aboard cargo ships owned or operated by King Ocean Services. The defendant imported the cocaine usually by having it placed inside of cargo containers aboard the cargo ships while these ships were docked at ports of call overseas, primarily in Curacao, the Netherland Antilles. The defendant coordinated his efforts with King Ocean Services employees at Port Everglades and others in South Florida to remove the cocaine from the containers and/or the ships and deliver the narcotics to local drug traffickers in South Florida.

1

The defendant understood that part of the drug proceeds were to be used to pay Port employees, truck drivers, and others who removed the cocaine from Port Everglades, and sometimes the co-defendant, Edinson Ahumada, was present in South Florida to oversee aspects of the operation on his and the defendant's behalf. O.V. The local drug traffickers who sold the narcotics paid the defendant by delivering the drug proceeds in the form of cash to Ahumada or to other unindicted co-conspirators. The defendant's drug trafficking organization usually imported roughly between 10 and 20 O.K O.V kilograms of cocaine in a single (empty) refrigerated container. King Ocean Services cargo ships that travelled between Port Everglades and other ports of call in the Caribbean, including Curacao, normally returned to Port Everglades every three weeks. As a result, the defendant's drug trafficking organization imported narcotics into the United States through Port Everglades sometimes as often as once per month.

In May of 2010, co-defendant Ahumada was in Miami, Florida to oversee the importation of the defendant brokered O.V load of cocaine that was due to arrive at Port Everglades aboard the Melbourne Strait, a King Ocean Services cargo ship. On May 25, 2010, members of the South Florida Money Laundering Strike Force observed Ahumada meeting with several co-conspirators, including Lazaro De La Rosa (convicted in case no. 12-20648-Cr-Cooke) and Roberto Banos in Northwest Miami in connection with the operation underway to extract two loads of cocaine from two separate containers that were off-loaded from the Melbourne Strait and were removed from Port Everglades aboard two tractor trailers. One load of cocaine, consisting of approximately 20 kilograms, brokered by O.V defendant Vanegas, and the second load of cocaine, consisting of 27 kilograms, belonged to another co-conspirator, David Rodriguez, who was subsequently convicted in case no. 13-20527-Cr-Moore, in connection with this drug trafficking and importation conspiracy.

One of the tractor trailer drivers, Hector Hernandez, left Port Everglades with the cocaine-laden container and stopped his truck in the 3300 block of Northwest 114th Street, Miami, Florida. At that location, members of the South Florida Money Laundering Strike Force observed Hernandez meeting with Banos and removing the packages of cocaine from the refrigeration unit of the container. Law enforcement placed Hernandez and Banos under arrest and seized 27 packages of cocaine from Banos' car and from the container. Two of the brick-shaped packages were tested by the Miami Dade Police Department laboratory and were confirmed to be cocaine with a net weight of 1011.4 grams and 1014.5 grams respectively.

The cocaine aboard the second Martainer truck was successfully delivered to a local drug trafficker who regularly distributed cocaine imported by Vanegas. The following day, May 26, 2010, members of the South Florida Money Laundering Strike Force followed co-defendant Ahumada driving a gold Toyota Corolla with his adult daughter as the passenger. The Toyota parked in the driveway of 4415 N.W. 203rd Street, where law enforcement observed Ahumada and co-conspirator Joaquin Goenaga exit the residence and place a large red, white and black bag in the trunk of the Toyota. Ahumada then left in the Toyota Corolla with his daughter. Law enforcement eventually conducted a traffic stop of the Toyota, and seized $334,000 in U.S. currency from the bag that Goenaga and Ahumada had placed in the trunk of the Toyota. Law enforcement also seized $4,990 in cash from a shopping bag and $4606 in cash from ladies purse located in the vehicle. Law enforcement forfeited the cash as drug proceeds. Co-defendant Ahumada flew back to Colombia on July 12, 2010, and did not return to the United States until his extradition in this case.

The defendant continued to import cocaine into the United States via Port Everglades with the assistance of King Ocean Services employees at Port Everglades. In 2011, agents from

3

Homeland Security Investigations ("HSI") and the Drug Enforcement Administration ("DEA") conducted a joint investigation into the drug trafficking activities at Port Everglades. The defendant was intercepted during court-authorized interceptions of two telephones used by King Ocean Services employee Rene Pedraza between May 19, 2011 and June 17, 2011, and during court-authorized interceptions of Pedraza and fellow King Ocean employee Hector Gonzalez, between June 27, 2011 and July 26, 2011. On or about June 7, 2011, the defendant, using a Colombian telephone number, spoke with Pedraza and advised in coded language that he had provided Felipe Mena, a crewmember aboard a King Ocean Services vessel, the Katrin S., ten kilograms of cocaine. The defendant also indicated that he would provide Hector Gonzalez the phone number of the person to receive the narcotics in South Florida.

On or about June 8, 2011, the Katrin S. returned to Port Everglades with the defendant's ten packages of approximately ten (10) kilograms of cocaine concealed aboard the vessel. On or about June 10, 2011, Mena communicated with Pedraza regarding the removal of the ten packages of cocaine from the vessel. One of the packages was transferred to fellow King Ocean employee Joaquin Florencias, and the remaining nine packages of cocaine were taken out of the Port by King Ocean employee Andres Collazo. On June 10, 2011, law enforcement stopped Collazo's car shortly after leaving the Port and seized from his car nine packages of cocaine having a net weight of 8.5 kilograms. In October of 2011, Pedraza, Gonzalez, Mena, Florencias, Collazo, four other King Ocean Services employees and several local drug traffickers, including Joaquin Goenaga, were arrested and later convicted in case no. 11-20670-Cr-Middlebrooks, in connection with this drug importation operation at Port Everglades.

In 2012, a confidential source ("CS") working with agents from HSI met with the defendant and co-defendant Ahumada in Barranquilla, Colombia. ~~By this time, the defendant~~ *O.V.*

~~was the mayor of Tenerife, Colombia, a town near Barranquilla.~~ The meeting was for the O.U. purpose of restarting the drug importation operation through Port Everglades. [→ The loads of cocaine discussed below were the result of these coordination meetings with the defendant] The confidential source also made contact with King Ocean Services employee Carlos Hernandez-Roque to assist in off-loading the cocaine at the Port. In approximately June of 2012, the defendant helped to coordinate the importation of a load of approximately seven kilograms of cocaine through Port Everglades that agents did not learn about until after the fact. O.U.

Thereafter, in August of 2012, the defendant [knew generally about] ~~helped to coordinate~~ the importation of a load of 12 kilograms of cocaine through Port Everglades aboard a King Ocean Services cargo ship called "Rio Tamanaco." In a recorded call between Ahumada and the HSI CS, Ahumada advised in coded language that 12 kilograms of cocaine would be arriving aboard the Rio Tamanaco. Ahumada also provided the CS with the number of the container inside of which the cocaine was concealed. On August 22, 2012, the Rio Tamanaco arrived at Port Everglades and agents and Customs officials seized 12 packages that were later confirmed to be cocaine weighing 12.02 kilograms. Co-conspirator Carlos Hernandez-Roque was convicted in connection with that load in case no. 12-20653-Cr-Altonaga.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 4/1/14     By: _____
                     AIMEE C. JIMENEZ
                     ASSISTANT UNITED STATES ATTORNEY

Date: 04-1-14    By: _____
                     ASHLEY LITWIN, ESQ.
                     ATTORNEY FOR DEFENDANT

Date: 04-1-14    By: _____
                     OMAR ALEJANDRO VANEGAS LORA
                     DEFENDANT

5