UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-20044-CR-UNGARO
03-20574-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR ALEJANDRO VANEGAS LORA,

    Defendant.
_____/

ORDER

THIS cause is before the Court on the Defendant's Motion to Continue Sentencing and the Court having reviewed the matter, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is DENIED. If more time is necessary to file objections, defendant's counsel may have until 4:00 pm June 26, 2014 to complete their filings.

DONE AND ORDERED at the United States District Court, Miami, Florida, this 20 day of June 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record