IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20044-CR-UNGARO
CASE NO. 03-20574-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

OMAR ALEJANDRO VANEGAS LORA

        Defendant.
_____/

**SENTENCING MEMORANDUM**

Omar Alejandro Vanegas Lora, through counsel, files this Sentencing Memorandum.

If the Court denies Mr. Vanegas Lora's Objections to the PSI, and counts his prior DUI conviction as a criminal history point, Mr. Vanegas Lora asks the Court to depart downward based on the overstatement of criminal history. Section 4A1.3(b)(1) permits a sentencing court to provide a downward departure where reliable information indicates that defendant's criminal history category substantially over-represents the seriousness of the defendant's criminal history or the likelihood that the defendant will commit other crimes. U.S.S.G. § 4A1.3(b)(1). Mr. Vanegas Lora's prior convictions were both DUI related, he did not spend any time in jail on either of those convictions, nor were at they at all related to the charges before this Court, or evidence a likelihood that Mr. Vanegas would commit other crimes.

Moreover, Mr. Vanegas Lora asks the Court to take into account all of the letters filed, and Mr. Vanegas Lora's good deeds as the Mayor of Tenerife, Colombia when determining the

1

applicable sentence. *See United States v. Adelson*, 441 F.Supp.2d 506, 513-14 (S.D.N.Y. 2006) (the court imposed a sentence well below the guideline range, explaining "surely, if ever a man is to receive credit for the good he has done, and his immediate misconduct assessed in the context of his overall life hitherto, it should be at the moment of his sentencing, when his very future hangs in the balance.").

Respectfully submitted,

/s/ Ashley M. Litwin

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Ashley M. Litwin
Fla. Bar No. 0096818

Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: alitwin@seitleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2014, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the Assistant United States Attorney, Aimee C. Jimenez.

/s/ Ashley M. Litwin

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Ashley M. Litwin, Esq.